VIRNA L. SANTOS, SBN 150017
Santos Law Group
764 P Street, Suite 13
Fresno, CA 93721
Telephone: (559) 500-3900
Facsimile: (559) 500-3902
E-Mail: vsantos@santoslg.com

Attorney for Defendant Robin Lee

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15CR00209 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER SETTING ROBIN LEE'S CONDITIONS OF RELEASE ON HER OWN RECOGNIZANCE |
| v. | |
| ROBIN LEE, | |
| Defendant. | |

TO THE HONORABLE COURT:

WHEREAS, Defendant Robin Lee is currently detained per this Court's Order dated April 21, 2016 (Dkt. No. 78); and

WHEREAS, while under the custody of the U.S. Marshals service, the Defendant is being held at the Kern County Jail during the pendency of this case;

-1-

WHEREAS, on April 28, 2016, the defendant gave birth to a 27-week premature 2.7 pound baby boy who is currently hospitalized in the Kern Medical Center, where he is expected to remain for the foreseeable future;

WHEREAS, the Government recognizes the unique circumstances the defendant's health presents and the importance that she be able to attend to her premature and infirm newborn baby;

IT IS HEREBY STIPULATED that the Defendant should be released FORTHWITH pursuant to the following conditions:

1. Defendant Robin Lee shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Defendant shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Defendant is released to the third-party custody of Angela Allen;

4. Defendant is to reside at a location approved by the pretrial services officer and not move or absent herself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. Defendant shall cooperate in the collection of a DNA sample;

6. Defendant's travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

7. Defendant shall not associate or have any contact with codefendants: Ricardo Cruz Gomez JR. Marquiz Demitric Tucker, Lebrea Leshawn Davis, and Nina Johnson, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

8. Defendant shall report any contact with law enforcement to her pretrial services officer within 24 hours;

9. Defendant shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. Defendant shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. Defendant shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;

10. Defendant is subject to a curfew. Defendant shall remain inside your residence every day from 8:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

Dated: May 4, 2016

/s/ Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant Robin Lee

Dated: May 4, 2016

/s/ Brian K. Delaney
BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
Assistant U.S. Attorney
On Behalf of the United States of America

**ORDER**

IT IS SO ORDERED.

Dated: **May 5, 2016**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE