1  VIRNA L. SANTOS, SBN 150017
   Santos Law Group
2  764 P Street, Suite #13
   Fresno, CA 93721
3  Tel: (559) 500-3900
   Fax: (559) 500-3902
4  Email: vsantoslg.com

5  Attorney for: ROBIN LEE

6

7               IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )  Case No.: 1:15CR00209 LJO-SKO
                                )
11         Plaintiff,            )  **STIPULATION AND ORDER TO**
                                )  **CONTINUE THE STATUS**
12         v.                    )  **CONFERENCE**
                                )
13 ROBIN LEE,                    )
                                )
14         Defendant.            )

15 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

16 DROZD AND BRIAN K. DELANEY, ASSISTANT UNITED STATES ATTORNEY:

17         **COMES NOW** Defendant, ROBIN LEE by and through her attorney of record, Virna L.

18 Santos, hereby requesting that the status conference hearing currently set for September 6, 2016

19 be continued to December 5, 2016.

20         The parties have been diligently discussing resolution of this matter immediately after the

21 defendant was able to participate in said negotiations following the premature birth of her son

22 due to medical complications in April, 2016.  Additional time is required for investigation and

23 plea negotiations that the parties believe will result in resolution of this matter without the need

24 for trial.  Further, the defendant is currently attending to the medical needs of her premature

25 newborn son, who requires frequent medical treatment.  I have spoken to AUSA Brian K.

   Delaney, who has no objection to continuing this hearing.

The parties also agree that the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IS SO STIPULATED.**

                                                                       Respectfully Submitted,

DATED:  August 15, 2016                             /s/_____  
                                                     VIRNA L. SANTOS  
                                                     Attorney for Defendant  
                                                     ROBIN LEE

DATED:  August 15, 2016                             */s/*_____  
                                                   BRIAN K. DELANEY  
                                                   Assistant U.S. Attorney

## ORDER

The parties' request for a continuance of the status conference is DENIED.

Defendant, Robin Lee, was charged by indictment on July 30, 2015, and was arraigned on the indictment on November 30, 2015.  The court set a third status conference/trial setting on September 6, 2016.  The parties have neither provided good cause for continuing the trial setting for an additional three months, nor set forth a description of what actions have been and will be undertaken to move this 8 month-old case forward.  Defense counsel may file a request for waiver of appearance on behalf of Ms. Lee, if appropriate, to allow for the continued medical care of her newborn son.

IT IS SO ORDERED.

Dated:   **August 18, 2016**                          /s/ *Sheila K. Oberto*  
                                                    UNITED STATES MAGISTRATE JUDGE