VIRNA L.SANTOS, SBN 150017
Santos Law Group
764 P Street, Suite #13
Fresno, CA  93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantoslg.com

Attorney for ROBIN LEE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN LEE,<br><br>　　　　　Defendant. | Case No.: 1:15CR00209 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND BRIAN K. DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROBIN LEE by and through her attorney of record, Virna L. Santos, hereby requesting that the status conference hearing currently set for September 6, 2016 be continued to September 19, 2016 to coincide with the other remaining co-defendant LaBrea Davis' status conference.

From January 2016 until May 2016, defendant Lee was unavailable to assist in her defense following her arrest and transport back to this district and gave birth to her son prematurely in late April.  Following her return to the jurisdiction, the parties have been diligently discussing resolution of this matter.  Nonetheless, there have been significant limitations in Ms. Lee's availability and focus to address this matter due to her premature son's medical needs.  Additional time is required for investigation and plea negotiations that the parties

believe will result in resolution of this matter without the need for trial.  Since co-defendant Davis has also recently entered the case, joining their case tracks would ensure efficiency and judicial economy.   Finally, undersigned counsel is unavailable to appear on September 6, 2016 and requests this continuance to be present on September 19, 2016 to set a trial date, if plea negotiations are not fruitful.  I have spoken to AUSA Brian K. Delaney, who has no objection to continuing this hearing for two weeks and joining the two remaining defendants' case schedules.

The parties also agree that the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IS SO STIPULATED.**

Respectfully Submitted,

DATED:  August 24, 2016                             /s/_____
                                                                              VIRNA L. SANTOS
                                                                              Attorney for Defendant
                                                                              ROBIN LEE

DATED:   August 24, 2016                            /s/_____
                                                                              BRIAN K. DELANEY
                                                                              Assistant U.S. Attorney

## ORDER

The status conference hearing currently set for September 6, 2016 is hereby continued to September 19, 2016.

IT IS SO ORDERED.

Dated:   **August 28, 2016**                              /s/ *Sheila K. Oberto*
                                                                              UNITED STATES MAGISTRATE JUDGE