VIRNA L. SANTOS, SBN 150017
Santos Law Group
764 P Street, Suite #13
Fresno, CA 93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantoslg.com

Attorney for ROBIN LEE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBIN LEE,

    Defendant.

Case No.: 1:15CR00209 LJO-SKO

**STIPULATION AND ORDER RE: PERMISSION FOR ROBIN LEE TO ATTEND FAMILY EVENT; ORDER THEREON**

TO THE HONORABLE COURT:

    WHEREAS, Defendant Robin Lee is currently on pretrial release, as per this Court's Order dated May 5, 2016 (Dkt. No. 83); and

    WHEREAS, as a condition of her pretrial release, the defendant is subject to Location Monitoring with a curfew;

    WHEREAS, Defendant requests permission to attend a Mother's Day family function in Los Angeles County from Saturday, May 13, 2017 until Sunday, May 14, 2017;

    WHEREAS, AUSA Brian K. Delaney and Pretrial Services Officer Frank Guerrero have no objection this request;

IT IS HEREBY STIPULATED that the Defendant may attend the aforementioned family function from Saturday, May 13, 2017 until Sunday, May 14, 2017 at 9:00 p.m.

**IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 11, 2017      /s/_____
VIRNA L. SANTOS
Attorney for Defendant
ROBIN LEE


DATED: May 11, 2017      */s/*_____
BRIAN K. DELANEY
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY STIPULATED that the Defendant may attend the aforementioned birthday party from Saturday, May 13, 2017 until Sunday, May 14, 2017 at 9:00 p.m.

IT IS SO ORDERED.

Dated: **May 11, 2017**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE