VIRNA L. SANTOS, SBN 150017
Santos Law Group
764 P Street, Suite 13
Fresno, CA 93721
Telephone: (559) 500-3900
Facsimile: (559) 500-3902
E-Mail: vsantos@santoslg.com

Attorney for Defendant Robin Lee

FILED

JUL 21 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>ROBIN LEE,<br><br>                    Defendant. | Case No.: 1:15CR00209 LJO-SKO<br><br>STIPULATION TO REMOVE PRETRIAL RELEASE CONDITION No. 9 REGARDING LOCATION MONITORING;ORDER |

TO THE HONORABLE COURT:

WHEREAS, Defendant Robin Lee is currently on pretrial release per this Court's Order dated May 5, 2016 (Dkt. No. 83); and

WHEREAS, Condition No. 9 requires that defendant participate in a location monitoring program;

STIPULATION TO REMOVE PRETRIAL RELEASE
CONDITION No. 9 REGARDING LOCATION MONITORING; ORDER

WHEREAS, Pretrial Officer Frank Guerrero now recommends that this condition be removed as the defendant has successfully performed all conditions of pretrial release and location monitoring is no longer deemed necessary;

WHEREAS, the Government has no objection to this recommendation;

IT IS HEREBY STIPULATED that the Defendant will no longer be required to participate in a location monitoring and that the Court should order that Condition No. 9 be removed from defendants conditions of pretrial release forthwith.

Dated: July 21, 2017

/s/ Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant Robin Lee

Dated: July 21, 2017

/s/ Brian K. Delaney
PHILLIP TALBERT
Acting United States Attorney
BRIAN K. DELANEY
Assistant U.S. Attorney
On Behalf of the United States of America

It is so ordered.

E. P. [signature]

Erica P. Grosjean
US. Magistrate Judge

STIPULATION TO REMOVE PRETRIAL RELEASE
CONDITION No. 9 REGARDING LOCATION MONITORING; ORDER