VIRNA L.SANTOS, SBN 150017
Santos Law Group
1225 E. Divisadero Avenue
Fresno, CA 93721
Tel: (559) 500-3900
Fax: (559) 500-3902
Email: vsantos@santoslg.com

Attorney for ROBIN LEE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN LEE,<br><br>　　　　Defendant. | Case No.: 1:15CR000209 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE J. O'NEILL AND BRIAN K. DELANEY, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ROBIN LEE, by and through her attorney of record, Virna L. Santos, hereby requesting that the sentencing hearing currently set for January 8, 2018 be continued to March 26, 2018 at 9:30 a.m.

This request is premised upon defense counsel's unforeseen unavailability for good case. Specifically, undersigned defense concluded a month-long trial on December 8, 2017, People v. Joshua Stepp, Tulare County Superior Court Case No. VCF 273216. Due to the length of said trial, defense counsel was unable to review the presentence report with Ms. Lee or prepare any informal and formal objections within the prescribed deadlines. Defense counsel requires additional time to complete these tasks in advance of the sentencing hearing within a timeline

that will allow the U.S. Probation Office to respond to objections and prepare a final report. Accordingly, this continuance is unavoidable and necessary.

Undersigned counsel has consulted with AUSA Brian K. Delaney, who has no objection to this request. The parties have agreed to a new sentencing hearing date of March 26, 2018 at 8:30 a.m. for sentencing.

**IS SO STIPULATED.**

Respectfully submitted,

DATED: December 18, 2017

/s/ Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant
ROBIN LEE

DATED: December 18, 2017

/s/ Brian K. Delaney
BRIAN K. DELANEY
Assistant U.S. Attorney

**ORDER**

The change of plea hearing currently set for January 8, 2018 is hereby continued to March 26, 2018 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **December 18, 2017**       **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE